**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:46 PM May 14, 2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 16-62015-rk |
| Brandy M. Kocisko-Mullet<br>  aka Brandy M. Kocisko | Chapter 13 |
| Debtor. | Chief Judge Russ Kendig |

**AGREED ORDER RESOLVING MOTION OF CONSUMER PORTFOLIO SERVICES, INC. FOR RELIEF FROM STAY (Doc. 60)**

**2015 Jeep Wrangler Utility 4D Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593**

Come now, the Debtor Brandy M. Kocisko-Mullet, by counsel, and the Creditor Consumer Portfolio Services, Inc., by counsel, and hereby file this Agreed Order Resolving the Motion for Relief from Stay regarding property known as a 2015 Jeep Wrangler Utility 4D

Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593 and the Debtor's Objection thereto, and state as follows:

1. Debtor Brandy M. Kocisko-Mullet, filed for relief under chapter 13 of the United States Bankruptcy Code on September 29, 2016.

2. On April 9, 2019, Consumer Portfolio Services, Inc., by counsel, filed its Motion for Relief from Stay regarding property known as a 2015 Jeep Wrangler Utility 4D Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593.

3. On April 9, 2019, Debtor filed her Response to Motion for Relief from Stay filed by Consumer Portfolio Services, Inc.

4. The Parties have reached an agreement with respect to the issues raised therein:

    a. The Parties agree that the post-petition arrearage owed by the Debtors is in the amount of $1,271.93, This arrearage amount consists of two-monthly payments from March 2019 to April 2019 in the amount of $550.23, each; minus a suspense balance of $70.93, plus fees in the amount of $61.40, plus attorney costs in the amount of $181.00. The post-petition arrearage will be cured as follows:

    b. Movant, Consumer Portfolio Services, Inc., shall be permitted to file a Supplemental Proof of Claim in the amount of $1,271.93 within 30 days of the entry of the Agreed Order.

    c. The Debtor shall make on going payments directly to the Movant, Consumer Portfolio Services, Inc. starting with the May 1, 2019 and each month thereafter.

In the event that said Debtor should fail to make any future monthly payments so that said payment is not received by Movant by the date in which it is due, then, Movant shall give ten (10) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with

the Court an affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant with relief from stay.

###

SUBMITTED AND APPROVED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Vance P. Truman
Vance P. Truman
689 Lafayette Road
Medina, OH 44256
(330) 722-8877
medinaatty@vancetruman.com
Attorney for Debtor

/s/ A. Michelle Jackson Limas
Dynele L Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

COPIES TO:

Vance P. Truman, Debtors' Counsel, at medinaatty@vancetruman.com (VIA ECF MAIL)

Dynele L Schinker-Kuharich, Trustee, at DLSK@Chapter13Canton.com (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Brandy M. Kocisko-Mullet, Debtor, 115 Parkside Drive, Creston, OH 44217 (VIA U.S. MAIL)