**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 02:25 PM August 14, 2019**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CANTON DIVISION

In Re:

Brandy M. Kocisko-Mullet
  aka Brandy M. Kocisko

Debtor.

Case No. 16-62015-rk

Chapter 13

Chief Judge Russ Kendig

**ORDER GRANTING AMENDED MOTION OF CONSUMER PORTFOLIO SERVICES, INC. FOR RELIEF FROM STAY (DOC. 60)**

**2015 Jeep Wrangler Utility 4D Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593**

    This matter came before the Court on the Motion for Relief from Stay (the 'Motion')

filed by Consumer Portfolio Services, Inc. ('Movant') at Docket No. 60. Movant has alleged

that good cause for granting the Motion exists, and that the Debtor, counsel for the Debtor, the Chapter 13 Trustee and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. Debtor filed an objection to Motion for relief from stay (Doc. 62) and parties entered into an Agreed Order Resolving the Amended Motion for Relief from Stay (Doc. 63). Debtor has now defaulted on the Agreed Order. No other parties filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns as to the property known as a 2015 Jeep Wrangler Utility 4D Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the property 2015 Jeep Wrangler Utility 4D Unlimited Sport 4WD 3.6L V6 VIN: 1C4BJWDGXFL588593, if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant


COPIES TO:

Vance P. Truman, Debtor's Counsel, at medinaatty@vancetruman.com (VIA ECF MAIL)

Dynele L Schinker-Kuharich, Trustee, at DLSK@Chapter13Canton.com (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Brandy M. Kocisko-Mullet, Debtor, 115 Parkside Drive, Creston, OH 44217 (VIA U.S. MAIL)