# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:

| | |
|---|---|
| **BRANDY M. KOCISKO-MULLET** | **CHAPTER 13** |
| | **CASE NO. 16-62015** |
| **Debtor(s)** | **JUDGE RUSS KENDIG** |
| | **MODIFICATION OF** |
| | **CHAPTER 13 PLAN** |

Now comes the Debtor, by and through her Attorney, Vance P. Truman, and hereby moves to modify her Chapter 13 plan.

Debtor has fallen behind on her payment to Consumer Portfolio Services, Inc. regarding her 2015 Jeep Wrangler and creditor filed an Affidavit of Default on August 13, 2019. Debtor's Attorney and creditor's Attorney have come to the agreement to allow the 2015 Jeep Wrangler and the arrearages to be paid through the plan. Thus, Debtor's Chapter 13 plan payment will increase to $842.00.

Wherefore, the Debtor prays that she be permitted to modify her plan in order to allow for the arrearages and the 2015 Jeep Wrangler to be paid through her plan.

Respectfully submitted,

/s/ Vance P. Truman
VANCE P. TRUMAN (0061526)
Attorney for Debtor(s)
689 Lafayette Road
Medina, OH 44256
Telephone: (330) 723-2000
Fax: (330) 722-3410
E-Mail: medinaatty@vancetruman.com

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN

The Debtor has filed papers with the Court to modify his Chapter 13 plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the modification, or if you want the court to consider your views on the modification, then on or before **November 19, 2019** you or your attorney must file with the court a written request for a hearing and a written answer explaining your position to the Clerk, United States Bankruptcy Court, Ralph Regula Federal Building & United States Courthouse, 401 McKinley Avenue SW, Canton, 44702. If you mail your request to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

**Debtor's Attorney**

Vance P. Truman
689 Lafayette Road
Medina, Ohio 44256

**Chapter 13 Trustee**

Dynele L. Schinker-Kuharich
200 Market Avenue North, Ste. LL30
Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the modification and may allow that relief.

Date: October 29, 2019

/s/ Vance P. Truman
VANCE P. TRUMAN (0061526)
689 Lafayette Road
Medina, Ohio 44256
Telephone: (330) 722-8877
Fax: (330) 722-3410
medinaatty@vancetruman.com

# CERTIFICATE OF SERVICE

      I, Vance P. Truman, hereby certify that the foregoing Modification of Chapter 13 plan was sent by regular U.S. mail, postage prepaid, on October 29, 2019 to the following:

Brandy M Kocisko-Mullet
115 Parkside Drive
Creston, OH 44217
Debtor(s)

Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140

All Creditors (see attached)

      I, Vance P. Truman, hereby certify that the foregoing Modification of Chapter 13 plan was electronically transmitted on or about <u>October 29, 2019</u> via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail:

Notice List:

U.S. Trustee

Dynele L. Schinker-Kuharich, Trustee

                                              <u>/s/ Vance P. Truman</u>
                                              VANCE P. TRUMAN
                                              ATTORNEY AT LAW

| | | |
|---|---|---|
| Afni<br>Po Box 3427<br>Bloomington, IL 61702 | Allianceone Receivables Management<br>P.O. Box 3111<br>Southeastern, PA 19398-3111 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438 |
| Bonneville Billing & Collections<br>PO Box 150643<br>Ogden, UT 84415 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130 | CashNetUSA<br>200 West Jackson, Suite 1400<br>Chicago, IL 60606-6941 |
| Ccs Collections<br>725 Canton St<br>Norwood, MA 02062 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card Services<br>Correspondence Dept<br>Po Box 15278<br>Wilmington, DE 19850 |
| Comenity Bank<br>Recovery Dept<br>P.O. Box 182124<br>Columbus, OH 43218-2124 | Consumer Portfolio Svc<br>Attn: Bankruptcy<br>19500 Jamboree Rd<br>Irvine, CA 92612 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 |
| Dept Of Ed/Navient<br>Attn: Claims Dept<br>Po Box 9400<br>Wilkes Barr, PA 18773 | Genfed Federal Credit<br>2492 Wedgewood Dr Ste G<br>Akron, OH 44312 | Genfed Federal Credit<br>85 Massillon Rd<br>Akron, OH 44312 |
| Kimble Recycling & Disposal<br>Twinsburg Division<br>PO Box 448<br>Dover, OH 44622 | Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201 | McLeod Loris Seacoast Hospital<br>Attn: Cashier Office<br>PO Box 602644<br>Charlotte, NC 28260 |
| Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108 | Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | PRA Receivables Management LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 |
| Purchasing Power<br>1349 W Peachtree Street NW Ste 1100<br>Atlanta, GA 30309 | Rise Credit<br>Customer Support<br>Po Box 101808<br>Fort Worth, TX 76185 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161 |
| Summa Health<br>1070 Gorge Blvd<br>Akron, OH 44310 | Synchrony Bank/Amazon<br>Po Box 965064<br>Orlando, FL 32896 | Synchrony Bank/PayPal Cr<br>Po Box 965064<br>Orlando, FL 32896 |
| TD Auto Financial<br>Td Auto Finance<br>Po Box 551080<br>Jacksonville, FL 32255 | Time Warner Cable<br>Attn: Bankruptcy<br>1575 Lexington Avenue<br>Mansfield, OH 44907-2677 | Urgicare<br>14401 Snow Road<br>Brook Park, OH 44142 |